UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| JANE DOE, *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 7:14-CV-285 |
| § | |
| CITY OF PHARR, TEXAS, *et al*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT AS TO CLAIMS AGAINST THE CITY DEFENDANTS

Plaintiffs Jane Doe, Adan Jalomo, and Maria Jalomo filed this lawsuit against the City of Pharr, Texas (the "City"), the Pharr Police Department, Pharr Police Chief Ruben Villescas (collectively, the "City Defendants"), and former Pharr Police officer Erasmo Mata. (Dkt. No. 29). The Court previously issued orders dismissing Plaintiffs' claims against the City Defendants with prejudice. (Dkt. No. 31) (finding that Plaintiffs claims against the Pharr Police Department were claims against the City and dismissing with prejudice Plaintiffs' intentional tort claims against the City Defendants); (Dkt. No. 38) (denying Plaintiffs' Motion for leave to file intentional tort claims against Villescas); (Dkt. No. 50) (dismissing with prejudice Plaintiffs' claims against the City); *see also* (Dkt. No. 64) (denying Plaintiffs' Motion to reconsider). Plaintiffs' claims against Mata remain pending before the Court.

The Court now finds that there is no just reason for delay of entry of final judgment as to Plaintiffs' claims against the City Defendants.

Therefore, in accordance with its prior Orders and Federal Rule of Civil Procedure 54(b), the Court hereby Orders that Plaintiffs' claims against the City of Pharr, Texas, the Pharr Police Department, and Pharr Police Chief Ruben Villescas are DISMISSED WITH PREJUDICE.

This is a final judgment.

SO ORDERED this 9th day of June, 2015, at McAllen, Texas.

_____
Randy Crane
United States District Judge